J.C. RUPP and Rebecca Rupp, Appellants,

v.

Sean MULLINS and Jane Mullins, et al., Respondents.

No. WD 72557.

Missouri Court of Appeals, Western District.

Sept. 13, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2011.

Application for Transfer Denied Dec. 20, 2011.

Ward K. Brown, Liberty, MO, for appellant.

Gary K. Patton, Liberty, MO, Jennifer A. Donnelli, Richard L. Martin, Beverly M. Weber, Kansas City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER, Judge, and BRAD FUNK, Special Judge.

### ORDER

PER CURIAM.

John and Rebecca Rupp appeal the judgment denying their claims for quiet title and injunctive relief based on adverse possession. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit's court's judgment.

AFFIRMED. Rule 84.16(b).